SUZANNE L. MARTIN
Nevada Bar No.: 8833
suzanne.martin@ogletreedeakins.com
CHRISTOPHER M. PASTORE
Nevada Bar No.: 11436
christopher.pastore@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Quality Medical Imaging of Nevada, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA UWING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>QUALITY MEDICAL IMAGING OF NEVADA, LLC, a Nevada Limited Liability Company; Does I-X and Roe Business Entities I-X,<br><br>　　　　　Defendants. | Case No.: 2:11-cv-01307-LRH-LRL<br><br>**STIPULATED AND ORDER TO DISMISS WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Defendant Quality Medical Imaging of Nevada, LLC ("Defendant") and Plaintiff Diana Uwing ("Plaintiff"), by and through their undersigned counsel, that the above-entitled action shall be and hereby is dismissed with prejudice in its entirety, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: June 8, 2012.

KEMP & KEMP, ATTORNEYS AT LAW

*/s/ James P. Kemp*

James P. Kemp
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130

*Attorneys for Plaintiff*

Dated: June 8, 2012.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Suzanne L. Martin*

Suzanne L. Martin
suzanne.martin@ogletreedeakins.com
Christopher M. Pastore
christopher.pastore@ogletreedeakins.com
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800

*Attorneys for Defendant Quality Medical Imaging of Nevada, LLC*

**IT IS SO ORDERED.**

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 15, 2012

12467153.1 (OGLETREE)

2